**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00398-CV

---

**ATRIUM MEDICAL CENTER, LP AND TEXAS HEALTHCARE ALLIANCE, LLC; Appellants**

**V.**

**HOUSTON RED C, LLC, D/B/A IMAGE FIRST HEALTHCARE LAUNDRY SPECIALISTS, Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-04227A**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 20, 2020. On May 26, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.